

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00722-CV

Jesus **CERVANTES**,
Appellant

v.

**NEW HAMPSHIRE INSURANCE COMPANY**,
Texas Department of Insurance, Division of Workers' Compensation, and Ron Bordelon,
in his official capacity as Workers' Compensation Commissioner,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26260-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the summary judgment and dismissal order of the trial court are AFFIRMED. It is ORDERED that no costs be assessed against appellant, Jesus Cervantes, in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED July 10, 2013.

Catherine Stone, Chief Justice